

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alexander Judka*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*Alexander.judka@usdoj.gov*

main: (973) 645-2700
direct: (973)645-2825

July 27, 2026

**BY ECF**
Honorable Evelyn Padin, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:  *Mohammed Abdul v. Rubio, et al.,* **No. 26-cv-4113 (EP)**
>       **First Request for 60-Day Extension of Deadline by Consent**

Dear Judge Padin:

This Office represents the United States Department of State, U.S. Customs and Border Protection, Marco Rubio, Markwayne Mullin, and Joseph B. Edlow (in their official capacity) (collectively the "Federal Defendants") in this Mandamus matter filed by Plaintiff. We write to respectfully request a 60-day extension of the Federal Defendants' deadline to answer or otherwise respond to the Complaint. This is the first request for an extension of time to answer. The Federal Defendants' current deadline is July 27, 2026. Should the Court grant this request, the new response date would be September 25, 2026. Regis Fernandez, Esq., Plaintiff's attorney, consents to this request.

We respectfully submit that good cause exists for this request. If this request is granted, the additional time will allow this Office to coordinate with the relevant government stakeholders and to engage Plaintiff's counsel to determine if there is an appropriate means to resolve the case without protracted litigation and exhausting additional judicial resources.

If this proposal is acceptable to the Court, we respectfully request that Your Honor so-order this letter and have the Clerk's Office file it on the docket. Thank you very much for your consideration of this request.

Respectfully submitted,

SO ORDERED

___s/Evelyn Padin___
Evelyn Padin, U.S.D.J.

Date: 7/31/2026

ROBERT FRAZER
UNITED STATES ATTORNEY

By:    *s/Alexander Judka*
ALEXANDER JUDKA
Assistant United States Attorney
*Attorneys for United States*

cc:    *Plaintiff's Counsel* (by ECF)

2